2

COMMONWEALTH OF MASSACHUSETTS
SUFFOLK, ss.                                   SUPERIOR COURT
                                               CIVIL ACTION
                                               NO. 23-0717C

TEWFIK ADJOUT

---

PLAINTIFF(S) (PRINT NAME CLEARLY)

AMAZON.COM
vs. COPYRIGHT AGENT                            COMPLAINT
AMAZON LEGAL DEPARTMENT

---

DEFENDANT(S) (PRINT NAME CLEARLY)

## PARTIES

1. Plaintiff(s) reside(s) at  12 ELDER, ST.   BOSTON, MA-02125
                                  Street              City or Town
   in the County of  SUFFOLK

2. Defendant(s) reside(s) at  410 TERRY AVENUE
   in the County of  NORTH    SEATTLE, WA-98109-5210
                              Street            City of Town

## FACTS

3. On the 3rd of May 2021 I found that Amazon.com has published without my authorisation "Le Signe Rouge des Braves", my French translation of Stephen Crane's novel "The Red Badge of Courage"

On the 3rd of June 2021 I received an e-mail from Albert Rosbe reminding on how to find instructions in order to fill a written notice of infring which I've sent on the same day to Amazon Legal Department's Copyright Age On the 15th of June I received an e-mail from Amazon saying that in business days "Le Signe Rouge des Brave" will be removed.

On the 18th of June 2021 I sent an e-mail to Albert Roseberg, thanking them for removing the kindle format of my book, but complaining that the paper format is still there. Then I noticed that the e-mail of the 15th saying that the book will be removed has disappeared. T I received an e-mail from Amazon saying that have to use the

be fore. On the 19th of June 2021 I saw that Amazon has put back "Le Signe Rouge des Braves" in Kindle format. On 19th of July 2021 I received from Amazon an e-mail saying that conditions of use has changed, "any dispute between you and Amazon should be brought to court." As of March 2023, Amazon.com is still selling my translation "Le Signe Rouge des Braves", by Stephen Crane and Tewfik Adjout. date of publication nov. 2017.

4. Answer this question only if you are seeking a restraining order against the defendant(s):

Have there been any other Court proceedings, criminal or civil, involving you or your family members and the defendant or defendant's family members?

Yes_____     No_____

If Yes, describe the Court proceeding(s) and its/their status. _____

WHEREFORE, plaintiff demands that:

The court order Amazon.com to remove "Le Signe Rouge des Braves", in all formats, - Kindle e-book and paper - from their website. And also refuse for sellers for selling the same mentionned book in Amazon. And that the judge would award fair damages to plaintiff, due to loss of income and willfull counterfeit on the part of the defendant.

SIGNED UNDER THE PENALTIES OF PERJURY.

DATE: 03/24/2023

Signature of Plaintiff(s)
12 ELDER ST, Apt #03
Street Address
BOSTON - MA - 02125
City/Town
617-704-2612
Telephone